875 A.2d 952

FREDERICK JOHNSON AND MARGARET ANN JOHNSON,
PLAINTIFFS, v. WILLIE R. BRADDY, ET AL.,
DEFENDANTS–MOVANTS.

June 9, 2005.

ORDERED that the motion for leave to appeal is granted.